**Dismiss and Opinion Filed July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00381-CV

**ROBERT NOEL AND AMBER NOEL, Appellants**
**V.**
**MARY R. CRAVEY, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01133-E**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Bridges

Both the filing fee and the clerk's record in this case are overdue. By postcard dated March 27, 2014, we notified appellants the $195 filing fee was due. We directed appellants to remit the fee within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. By letter dated May 23, 2014, we informed appellants that we had been notified by the Dallas County Clerk that the clerk's record in this case had been prepared but had not been filed because appellants had not paid for or made arrangements to pay for the clerk's record. We directed appellants to provide the Court with written verification that they had paid for or made arrangements to pay for the clerk's record or that they had been found entitled to proceed without payment of costs within ten days. We cautioned appellants that if we did not receive the required verification, we might dismiss the

appeal without further notice. To date, appellants have not paid the filing fee, provided the required verification, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

140381F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT NOEL AND AMBER NOEL,
Appellants

No. 05-14-00381-CV      V.

MARY R. CRAVEY, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-14-01133-E.
Opinion delivered by Justice Bridges.
Justices Francis and Lang-Miers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MARY R. CRAVEY recover her costs of this appeal from appellants ROBERT NOEL AND AMBER NOEL.

Judgment entered July 3, 2014